72757. CAPITAL FORD TRUCK SALES, INC. v. UNITED STATES FIRE INSURANCE COMPANY, INC.
(360 SE2d 78)

DEEN, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *U. S. Fire Ins. Co. v. Capital Ford Truck Sales*, 256 Ga. 77 (343 SE2d 695) (1987), our decision in *Capital Ford Truck Sales v. U. S. Fire Ins. Co.*, 180 Ga. App. 413 (349 SE2d 201) (1986), is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Benham and Beasley, JJ., concur.*

DECIDED JUNE 8, 1987.

*J. Arthur Mozley, Eric T. Johnson*, for appellant.
*W. Wray Eckl, Georgia L. Schley*, for appellee.